UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Joe Hand Promotions, Inc.**

    v.

**Christopher Martin Fierro**

                  **DEFAULT JUDGMENT**

                    Case No. CIV S-11-2263-JAM-CMK

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $26,200.00 is hereby ENTERED against defendant:

**Christopher Martin Fierro**

October 10, 2012

                    VICTORIA C. MINOR, CLERK

                    By:   /s/ K. Zignago
                    K. Zignago, Deputy Clerk