ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN AND LOEB
16000 VENTURA BLVD., SUITE 1150
ENCINO, CA 91436
818-907-5866    818-461-5959 (FAX)
Attorney for Plaintiff

**FILED**
APR 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 2:11-CV-02263-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER RE: REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |
| CHRISTOPHER MARTIN FIERRO, et al., | |
| Defendant | |

## ORDER

Having read and considered the foregoing application and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED:**

**REZAK MEYER ATTORNEY SERVICE, is authorized to serve legal process in this matter including Writs of Execution. The U.S. Marshal's Service shall remain the Levying Officer.**

Dated: 4-30-2014

_____
UNITED STATES DISTRICT JUDGE

-1-
ORDER